IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLINTON JUMP and ISABEL ARMIJO,
personally and as parents of D.J., a minor child,

    Plaintiffs,

vs.                                                                                               Civ. No. 13-289 KG/KK

SPRINGER MUNICIPAL SCHOOLS;
FORRESTER ELEMENTARY SCHOOL;
DR. GREGG McMANN, Superintendent of
Schools; GARY DeSANTIS, Forrester Elementary
School Principal; and Special Education Teacher,
SHEA JESPERSEN; all Individually and in their
official capacity,

    Defendants.

## FINAL ORDER DISMISSING CASE IN ITS ENTIRETY

Having granted Defendants' Motion to Dismiss on the Basis of Qualified Immunity and Other Grounds (Doc. 5) by entering a Memorandum Opinion and Order contemporaneously with this Final Order Dismissing Case in its Entirety,

IT IS ORDERED that:

1. the claims against Defendants Springer Municipal Schools and Forrester Elementary School are dismissed with prejudice;

2. the claims in Count I of the Complaint (Doc. 1-2) brought by Plaintiffs Clinton Jump and Isabel Armijo, personally, are dismissed with prejudice;

3. the claims in Count I of the Complaint brought on behalf of D.J., a minor child, against the individual Defendants, in their official and individual capacities, are dismissed without prejudice;

4. the claims in Count II against the individual Defendants in their individual capacities are dismissed with prejudice;

5. the claims in Count II claims against the individual Defendants in their official capacities are dismissed without prejudice; and

6. Counts III, IV, and V[1] are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs misnumber the fifth Count as "Count VI." The Court will refer to that Count as "Count V" to avoid confusion with the numbering of the Counts.